**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2309**

TORI SMITH,

        Plaintiff - Appellant,

      v.

JEHOVAH'S WITNESSES ORGANIZATION, (JWs); NATIONAL ORGANIZATION OF WOMEN, (NOW); WEAVE OF SACRAMENTO, CA,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-01319-LMB-JFA)

Submitted:  April 20, 2023                          Decided:  April 24, 2023

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tori Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tori Smith appeals the district court's order dismissing Smith's civil complaint against Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Smith v. Jehovah's Witnesses Org.*, No. 1:22-cv-01319-LMB-JFA (E.D. Va. Nov. 23, 2022). We deny as moot Smith's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*